12498.   Payne, agent, etc., *v.* Allen.

Jenkins, P. J. It appearing, from the remittitur and the opinion of the Supreme Court, that the judgment of this court rendered in this case (see *Payne* v. *Allen,* 28 *Ga. App.* 8, 110 S. E. 345), has been reversed, the former judgment of this court is vacated, and, in accordance with the ruling of the Supreme Court, the judgment of the court below is reversed because the court erred in not sustaining the special de-

murrer to paragraph 7 of the plaintiff's petition. *Payne* v. *Allen,* 155 *Ga.* 54 (116 S. E. 640).

　　　　　　*Judgment reversed. Stephens and Bell, JJ., concur.*
　　　　　　DECIDED MARCH 17, 1923.

Action for damages; from city court of Bainbridge — Judge Spooner. April 25, 1921.

*Hartsfield & Conger, Pope & Bennet,* for plaintiff in error.

*R. L. Berner, W. M. Harrell, John R. Wilson,* contra.